UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    File No: 2:06-CR-32

JOSEPH ALAN SMITH,

    HON. ROBERT HOLMES BELL

    Defendant.
_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

    The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

    On January 26, 2007, Hon. Timothy P. Greeley, United States Magistrate Judge, revoked Defendant's bond, pending sentencing (docket # 119) and ordered Defendant to self-surrender on January 26, 2007;

    THEREFORE, IT IS ORDERED that:

    1.    The Report and Recommendation of the Magistrate Judge (docket # 101) is approved and adopted as the opinion of the Court, with the exception of the recommendation that the order setting conditions of defendant's release remain in effect pending sentencing.

    2.    Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charges set forth in Count 5 of the Indictment.

    3.    The written plea agreement is hereby continued under advisement pending sentencing.

Date:    March 2, 2007        /s/ Robert Holmes Bell
                                            ROBERT HOLMES BELL
                                            CHIEF UNITED STATES DISTRICT JUDGE